On respondent's motion for reconsideration filed April 27, reconsideration allowed; opinion (111 Or App 450, 827 P2d 1053 (1992)) withdrawn; convictions affirmed; remanded for resentencing June 9, 1993

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD OWN STROMER,
*Appellant.*

(90-03-31326; CA A66946)

852 P2d 972

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, for motion.

No appearance *contra*.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Respondent moves for reconsideration of our opinion. *State v. Stromer*, 111 Or App 450, 823 P2d 1053 (1992). We grant the motion and withdraw that opinion. Defendant's convictions are affirmed, but the case is remanded for resentencing. *State v. Ferrell*, 315 Or 213, 843 P2d 939 (1993).

Reconsideration allowed; opinion withdrawn; convictions affirmed; remanded for resentencing.